[No. 45234-7-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DONOVAN BRENT HARLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09859-3, Patricia H. Aitken, J., entered August 27, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45004-2-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KRYSTLE G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-00340-5, Ann Schindler, J., entered June 24, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45122-7-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT ALAN SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02244-0, Norma Smith Huggins and Glenna Hall, JJ., entered August 19, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45345-9-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. JUANE E. SPINKS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01492-7, Dean Scott Lum, J., entered August 30, 1999. *Remanded* by unpublished per curiam opinion.